

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*50 Main Street, Suite 1100*
*White Plains, New York 10606*

July 10, 2023

Hon. Victoria Reznik
United States Magistrate Judge
United States Courthouse
300 Quarropas Street
White Plains, NY  10601

    Re:  United States v. Tilson
         23 MJ 5377

Dear Judge Reznik:

    The defendant in the above matter has been arrested. Accordingly, the United States respectfully moves to unseal the complaint in this matter.

                              Respectfully submitted,

                              DAMIAN WILLILAMS
                              United States Attorney

                                    /s
                  By:  _____
                        James McMahon
                        Assistant United States Attorney
                        (914) 993-1936

SO ORDERED:

_____
HON. VICTORIA REZNIK
United States Magistrate Judge

July 10, 2023